**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**UNITED STATES OF AMERICA**                                                   **PLAINTIFF**

vs.                               **NO. 3:09-cv-9DPJ-JCS**

**JENNY SPENCE**                                          **DEFENDANT**

**REGIONS BANK**                                           **GARNISHEE**

**ORDER QUASHING BANK GARNISHMENT**

This cause is before the court on a Motion (Doc. #13) filed by the Plaintiff, United States, to quash the Writ of Garnishment issued by the Clerk on January 20, 2011, (Doc. #11) on the grounds that the defendant has no funds with the garnishee;

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the writ of garnishment issued in this action on January 20, 2011 (Doc. #11) be and it is hereby quashed, and the garnishee, Regions Bank is hereby dismissed.

**SO ORDERED AND ADJUDGED** this the 27th day of April, 2011.

                                                     s/ *Daniel P. Jordan III*
                                                     UNITED STATES DISTRICT JUDGE